UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| RICKY KALEO MANUEL,<br><br>　　　　　　　　Petitioner,<br>　v.<br>U.S. MARSHALS,<br><br>　　　　　　　　Respondent. | Case No. 2:21-cv-01920-GMN-NJK<br><br>ORDER |

　　　Ricky Kaleo Manuel has submitted a pro se 28 U.S.C. § 2241 petition for a writ of habeas corpus (ECF No. 1-1). His application to proceed *in forma pauperis* (ECF No. 1) is granted.

　　　In his petition Manuel explains that he is currently held in state custody at the Clark County Detention Center (CCDC) pending trial on a state criminal charge. He states that he also has a federal detainer for a federal misdemeanor ticket. He claims that he has not been able to post bail in his state case because no bondsman will post his bail due to the federal detainer. He says that he informed the state court that no bondsman will bail him out and asked the court to release him on his own recognizance into federal custody, but the court denied his request.

　　　The court takes judicial notice of the federal Central Violations Bureau (CVB) citations, which reflect that Manuel's CVB citation no. 9584326 was resolved on November 2, 2021. Thus, a federal detainer should no longer be an obstacle to Manuel posting bond in his state case.

1

Manuel is directed to file a notice with this court within 20 days if the resolution of his federal misdemeanor ticket has not rendered this current action moot.

**IT IS THEREFORE ORDERED** that petitioner's application to proceed *in forma pauperis* (ECF No. 1) is **GRANTED**.

**IT IS FURTHER ORDERED** that, within **20 days** of this order, petitioner must show cause and file such proof, if any, to demonstrate that this action is not moot due to the resolution of the federal detainer.

**IT IS FURTHER ORDERED** that if petitioner does not respond to this order, this petition will be dismissed as moot.

DATED: 2 December 2021.

_____
GLORIA M. NAVARRO
UNITED STATES DISTRICT JUDGE