# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| RICKY KALEO MANUEL,<br><br>           Petitioner,<br>   v.<br>U.S. MARSHALS,<br><br>           Respondent. | Case No. 2:21-cv-01920-GMN-NJK<br><br>ORDER |

On December 2, 2021, the court directed pro se 28 U.S.C. § 2241 habeas petitioner Ricky Kaleo Manuel to show cause and file such proof, if any, to demonstrate that this action is not moot due to the resolution of his federal detainer (ECF No. 4). Manuel had 20 days to respond. That order was served on Manuel via U.S. Mail at his address of record—Clark County Detention Center. On December 14, 2021, the order was returned marked "undeliverable" (*see* ECF No. 5). Good cause appearing,

**IT IS ORDERED** that the Clerk DETACH and FILE the petition (ECF No. 1-1).

**IT IS FURTHER ORDERED** that the petition is **DISMISSED** as moot.

**IT IS FURTHER ORDERED** that the Clerk enter judgment accordingly and close this case.

DATED: 9 February 2022.

_____
GLORIA M. NAVARRO
UNITED STATES DISTRICT JUDGE

1